First Department, March Term, 1888.

ler and others, Respondents. — Judgment affirmed, with costs. Opinion by Daniels, J.

The Mayor, etc., of the City of New York, Respondent, v. Erastus Crawford and another, Appellants.—Judgment affirmed. Opinion by Daniels, J.

John A. Balestier, as Receiver, etc., Appellant, v. The Mechanics' National Bank of the City of New York, Respondent. — Judgment affirmed, with costs. Opinion by Brady, J.

Henrietta Spitz, Respondent, v. Rinaldo C. Toucey and another, Appellants.—Order affirmed, with ten dollars costs and disbursements. Opinion by Brady, J.

The People of the State of New York ex rel. Frederick S. Heiser v. Thomas B. Asten.— Writ dismissed. Opinion by Brady, J.

Alfred Hickinbottom, Respondent, v. The Delaware, Lackawanna and Western Railway Company, Appellant. — Judgment affirmed, with costs. Opinion by Brady, J.

Spencer C. Platt, Respondent, v. Annie R. Platt and others, Appellants.— Order reversed and referee's report confirmed, with ten dollars costs and disbursements. Opinion by Brady, J.

William R. Hayden, Respondent, v. Thomas R. Eagleson, Appellant.—Judgment reversed, new trial ordered, with costs to appellant to abide event. Opinion by Brady, J.

George A. Scott, Appellant, v. Joseph Hoffman, Respondent.— Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

Julia Friend, Appellant, v. The Mayor, etc., of the City of New York, Respondent. — Judgment affirmed, without costs. Opinion by Van Brunt, P. J.

Laura T. H. Varick, Appellant, v. The Second National Bank of Norwich, Connecticut, Respondent. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

In the Matter of James J. Burnet and others, Executors. — Appeal dismissed, with costs. Opinion by Bartlett, J.

William Stallcup and another, Assignees, etc., Appellants, v. National Bank of the Republic, Respondent. — Judgment affirmed, with costs. Opinion by Bartlett, J.

Annie B. Phelps, Respondent, v. The Mayor, etc., of the City of New York, Appellant. — Judgment reversed, new trial ordered, costs to appellant to abide event. Opinion by Van Brunt, P. J.

Frederick W. Loew and others, Respondents, v. The Mayor, etc., of the City of New York, Appellant.— Judgment reversed, new trial ordered, costs to appellant to abide event. Opinion Per Curiam.

In the Matter of Lucien D. Coman.— Order affirmed, with costs. Opinion Per Curiam.

Charles H. Phelps, Respondent, v. The Cable Railway Company, Appellant. — Judgment affirmed, with costs on opinion of Patterson. J.

Gertrude W. Sharkey and others, Appellants, v. Andrew W. Morgan, Respondent.—(Five other cases.) Orders modified as directed in opinion and affirmed as modified, without costs. Opinion Per Curiam.

In the Matter of Ellen Collins.— Decree reversed. Opinion by Bartlett, J.

John F. Klump and another, Appellants, v. Guy H. Gardner and others, Respondents.— Judgment affirmed, with costs. Opinion by Bartlett, J.

Joseph Ziporkes, Respondent, v. Juedel Chmelniker, Appellant.— Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P..J.

The New York, New Haven and Hartford Railroad Company, Appellant, v. Andrew Jackson, Respondent.— Judgment affirmed. Opinion by Macomber, J.

Luther L. Kellogg, Respondent, v. Elizabeth W. Resse, Appellant.—Judgment and order affirmed. Opinion by Macomber, J.

Hannah Farrie v. Supreme Council Catholic Benevolent Legion.—Judgment affirmed, with costs. Opinion by Bartlett, J.

The First National Bank of Westport, Respondent, v. Charles H. Raymond and others, Appellants.— Order affirmed, with ten dollars costs and disbursements. Opinion by Brady, J.

The People of the State of New York ex rel. John H. Welch, v. Stephen B. French and others, as Police Commissioners, Respondents. — Writ dismissed. Opinion by Brady, J.

Frederick T. Cooper, Appellant, v. George S. Weston and others, Respondents.—Reargument ordered.